

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| N.Y.Z. CONSTRUCTION, LLC, | § | No. 08-18-00100-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| ZOOM INSPECTIONS SERVICES, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV4142) |

## MEMORANDUM OPINION

Appellant, N.Y.Z. Construction, has filed a motion to dismiss the appeal because Appellant no longer wishes to pursue the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring them. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

August 15, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.